D. Sims Crawford
Chapter 13 Bankruptcy Cases
Northern District of Alabama
Unclaimed Funds Remittance Statement

| Case No. | Debtor | Creditor | Amount | Check No |
|---|---|---|---|---|
| 07-01665 | Pollard, Elbert | Payday Loan<br>9964 Parkway East<br>Birmingham, AL 35215 | $ 97.59 | 520412 |
| 07-02173 | Evans, Alicia | Ocwen Federal Bank<br>PO Box 785053<br>Orlando, FL 32878 | $ 554.21 | 520412 |
| 07-03644 | Jackson, Veronica | Chase Bank USA NA<br>PO Box 100018<br>Kennesaw, GA 30156 | $ 62.54 | 520412 |
| 07-04437 | King, Richard | Chase Bank USA NA<br>PO Box 100018<br>Kennesaw, GA 30156 | $ 1,235.81 | 520412 |
| 07-04704 | Battle Lake, Jessica | Revcare Inc<br>Po Box 2309<br>Cypress, CA 90630 | $ 31.22 | 520412 |

Page 1 of 2

D. Sims Crawford
Chapter 13 Bankruptcy Cases
Northern District of Alabama
Unclaimed Funds Remittance Statement

_____

Page 2 of 2